USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSEPH DINGLE,

                Plaintiff,

    -v-

RIVERBAY CORPORATION,

                Defendant.
---------------------------------------------------------------X

**ORDER**

21-CV-1349 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

For the reasons set forth on the record at today's conference, the Court grants in part Plaintiff's motion to compel to the extent that Defendant shall produce the requested documentation for all lobby attendants, both probationary and non-probationary, for the time period from October 18, 2016 through October 18, 2019. This production shall be made by **May 18, 2022.** In light of this production, the fact discovery deadline is hereby further extended through **June 17, 2022**. Absent good cause shown, there will be no further extensions.

In addition, the parties are directed to advise the Court by **June 17, 2022** whether they want to revisit settlement negotiations by way of a settlement conference with the undersigned or through a referral to the SDNY Mediation Program. The deadline to submit any pre-motion letters to Judge Carter is **June 30, 2022**.

1

The Clerk is directed to close Dkt. No. 41 and mark it as "granted in part."

**SO ORDERED.**

Dated: April 18, 2022
   New York, New York

_____
JAMES L. COTT
United States Magistrate Judge